825 P.2d 19

**STATE of Arizona**

v.

**Frank Edward LEWIS.**

**No. CR-91-0333-PR.**

Supreme Court of Arizona.

Feb. 19, 1992.

ORDERED: Petition for Review by the Arizona Supreme Court—DENIED.